UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**5399 Prospect Road, LLC,** a California Limited Liability Company,

    Defendant.

Case: No.4:21-CV-04203-HSG

**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including November 24, 2021.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: November 8, 2021

_____
HONORABLE HAYWOOD S. GILLIAM, Jr.
UNITED STATES DISTRICT JUDGE